■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD McKENZIE, Appellant. [751 NYS2d 384] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered March 27, 2000, convicting him of assault in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that his adjudication as a persistent violent felony offender violated his right to a jury trial is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen,* 96 NY2d 329, 335, *cert denied* 534 US 899).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Ritter, J.P., Santucci, Goldstein and Mastro, JJ., concur.